```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
     -against-                      :     No. 03 Cr. 1256 (JFK)
                                    :
AGRON GJIDIJA,                      :     **ORDER**
                                    :
                         Defendant. :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

The Court, having determined that video teleconferencing is not reasonably available, will hold the next conference in this case by telephone on Monday, May 4, 2020 at 11:00 a.m. using the following conference line and dial-in:

    AT&T Conference Line:  1-888-363-4749
    Access Code:  788 3927 #

Prior to the conference, Defendant and Defense counsel must confirm whether Defendant voluntarily consents to participate in the proceeding via teleconferencing.

**SO ORDERED.**

Dated:   New York, New York
         April 23, 2020

                                      _____
                                      John F. Keenan
                                      United States District Judge