UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

           -V-              :       #03 Cr 1256 (JFK)

      Agron Gjidija
------------------------------X

The violation of supervised release conference is adjourned form July 28 to September 14, 2020 at 11:00 a.m. in Courtroom 20-C

SO ORDERED.

Dated:  New York, New York
         6-8-20

                         JOHN F. KEENAN
                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-8-20