UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

U.S.A.

        -V-                :

Agron Gjidija

                       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

#03 CR 1256 (JFK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-13-20

The VOSR conference has been adjourned from September 14 to Thursday,

September 24, 2020 at 11:00 a.m.


SO ORDERED.

Dated:   New York, New York

7-13-20

_____
JOHN F. KEENAN
United States District Judge