UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
         U.S.A.

         -V-

         Agron Gjidija

-----------------------------------X

#03 CR 1256 (JFK)

The VOSR conference has been adjourned from September 24 to Tuesday, November 10, 2020 at 11:15 a.m. in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

9-17-20

JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-17-20