```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-5-21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
    -against-                       :     No. 03 Cr. 1256 (JFK)
                                    :
AGRON GJIDIJA,                      :          ORDER
                                    :
            Defendant.              :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

The next conference in this case, currently scheduled for January 12, 2021, will be heard telephonically using the following conference line and dial-in:

> **AT&T Conference Line: 1-888-363-4749**
> **Access Code: 788 3927 #**

All participants shall remain in listen-only mode until their case is called.

**SO ORDERED.**

Dated:  New York, New York
        January 5, 2021

                                        _John F. Keenan_____
                                              John F. Keenan
                                        United States District Judge