UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
         U.S.A.

         -V-                              #03 CR 1256 (JFK)

         Agron Gjidija

--------------------------------------X

The VOSR conference has been adjourned from January 12, 2021 to Tuesday, February 16, 2021 at 11:00 a.m. in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York
       1-11-21

_____
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-11-21