UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
         U.S.A.

         -V-                                  #03 CR 1256 (JFK)

    Agron Gjidija

------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-8-21

The VOSR conference in this case, set for Tuesday, February 16, 2021, has been rescheduled from 11:00 a.m. to 11:30 a.m. in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

2-8-21

JOHN F. KEENAN
United States District Judge