UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
    U.S.A.

    -V-

    Agron Gjidija

------------------------------------X

#03 CR 1256 (JFK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-16-21

The VOSR conference in this case has been adjourned from February 16 to March 10, 2021 at 11:30 a.m. in Courtroom 20-C

SO ORDERED.

Dated: New York, New York

2-16-21

_____
JOHN F. KEENAN
United States District Judge