UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
        U.S.A.

        -V-

    Agron Gjidija

---------------------------------X

#03 CR 1256 (JFK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-1-21

The VOSR conference in this case, set for Wednesday, March 10, 2021, has been rescheduled from 11:30 to **11:15 a.m.** in person, in Courtroom 20-C

SO ORDERED.

Dated: New York, New York

3-1-21

JOHN F. KEENAN
United States District Judge