UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

        -V-    :    #03 CR 1256 (JFK)

        Agron Gjidija

------------------------------X

The VOSR conference in this case is rescheduled from March 10, 2021 to March 24, 2021 at 11:30 a.m. in Courtroom 20–C

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-9-21

SO ORDERED.

Dated: New York, New York

3-9-21

JOHN F. KEENAN
United States District Judge