UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

      -V-                            #03 CR 1256 (JFK)

     Agron Gjidija

------------------------------X

The VOSR conference in this case is rescheduled from March 24, 2021 to March 31, 2021 at 10:45 a.m. in Courtroom 20-C

SO ORDERED.

Dated: New York, New York
       3-24-21

                      JOHN F. KEENAN
              United States District Judge