UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

          -V-

     Agron Gjidija

------------------------------X

#03 CR 1256 (JFK)

The VOSR conference in this case is rescheduled from March 31, 2021 to April 7, 2021 at 11:15 a.m. in Courtroom 20–C

SO ORDERED.

Dated: New York, New York

3-25-21

JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-25-21