UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

                -V-                    :                   #03cr1256 (JFK)

Agron Gjidija

------------------------------X

The conference in this case is adjourned from June 23, 2021 at 11:00 a.m. to June 23, 2021 at 11:30 a.m. in Courtroom 20-C

SO ORDERED.

Dated: New York, New York
6-14-21

/s/ John F. Keenan
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-14-21