UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
U.S.A

-v-

Agron Gjidija

------------------------------------X

#03-cr-1256 (JFK)

The conference in this case is adjourned from September 22 to October 5, 2021 at 11:15 a.m. in Courtroom 20-C

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-14-21

SO ORDERED.

Dated: New York, New York

9-14-21

/s/ John F. Keenan
JOHN F. KEENAN
United States District Judge