USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___9-30-21___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                     U.S.A.

                      -V-

                  Agron Gjidija

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

#03 CR 1256 (JFK)

The VOSR conference in this case is rescheduled from October 5, 2021 to October 12, 2021 at 11:00 a.m. in person, in Courtroom 20–C . This is the final adjournment.

SO ORDERED.

Dated:   New York, New York

         9-30-21

                                    _John F. Keenan_____
                                    JOHN F. KEENAN
                            United States District Judge