UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

        -V-                              #03 CR 1256 (JFK)

        Agron Gjidija

------------------------------X

The VOSR conference is adjourned from Wednesday, December 15 to Tuesday, December 14, 2021 at 11:30 a.m., in person, in Courtroom 20-C. No further adjournments will be granted.

SO ORDERED.

Dated: New York, New York

12-2-21

_____
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-2-21