UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
       U.S.A.

       -V-              :          #03 CR 1256 (JFK)

     Agron Gjidija

------------------------------X

At the VOSR conference on February 9, 2022, the Court ordered that Mr. Gjidija's electronic bracelet be removed.

SO ORDERED.

Dated: New York, New York
2-9-22

*/s/ John F. Keenan*
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-9-22