UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
        U.S.A.

           -V-

      Agron Gjidija

---------------------------------X

#03 CR 1256 (JFK)

At the VOSR conference is adjourned from April 14 to May 17, 2022 at 11:15 a.m. in person, in Courtroom 20-C

SO ORDERED.

Dated: New York, New York

4-11-22

*/s/ John F. Keenan*
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-11-22