UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

        -V-

        Agron Gjidija

------------------------------X

#03 CR 1256 (JFK)

The VOSR conference is adjourned from May 17, 2022 to May 18, 2022 at 11:45 a.m., in person, in Courtroom 20-C

SO ORDERED.

Dated: New York, New York

5-10-22

JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-10-22