UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>AGRON GJIDIJA,<br><br>                    Defendant. | No. 03-CR-1256 (JFK)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The VOSR conference in this matter will take place before Judge Loretta A. Preska on Wednesday, May 18, 2022, at 11:45 a.m. in Courtroom 12-A.

**SO ORDERED.**

Dated:   May 13, 2022
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1