USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED 5/16/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,            :
                                     :
        -against-                    :     No. 03 Cr. 1256 (JFK)
                                     :
AGRON GJIDIJA,                       :          **ORDER**
                                     :
                        Defendant.   :
------------------------------------X

**JOHN F. KEENAN**, United States District Judge:

The VOSR conference in this matter will take place before Judge Loretta A. Preska on May 18, 2022, at 11:30 A.M. in Courtroom 12-A.

**SO ORDERED.**

Dated:   New York, New York
         May 16, 2022

                                          _____
                                                  John F. Keenan
                                          United States District Judge