UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                        03-CR-1256 (JGK)

     - against -

                         ORDER

AGRON GJIDIJA,

               Defendant.

---

JOHN G. KOELTL, United States District Judge:

    As stated at today's conference, another conference will be held on **December 20, 2022 at 11 a.m.**

    SO ORDERED.

Dated: September 27, 2022
      New York, New York

                            John G. Koeltl
                     United States District Judge