UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

               -against-                                 03 cr 1256-05 (JGK)

AGRON GJIDIJA,                                       **ORDER**

                          Defendant.
------------------------------------------------------------X

The conference scheduled for February 18, 2023 is **adjourned to Tuesday, February 21, 2023, at 12:00pm.**

**SO ORDERED.**

                                                               _____
                                                               **JOHN G. KOELTL**
                                                             **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         December 20, 2022